IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RONALDO DESIGNER JEWELRY, INC.                                    PLAINTIFF

VS.                          CIVIL ACTION NO. 5:14-cv-73(DCB)(MTP)

PHILLIP PRINZO                                                    DEFENDANT

ORDER

This cause is before the Court on the plaintiff Ronaldo Designer Jewelry, Inc. ("Ronaldo")'s Motion for Preliminary Injunction **(docket entry 31)**. Because the defendant is proceeding pro se, the Court reminds the defendant that his response must be filed with the Clerk of Court within fourteen days of his receipt of the plaintiff's motion.

This, the 5th day of February, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE