```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

RONALDO DESIGNER JEWELRY, INC.                          PLAINTIFF

VS.                         CIVIL ACTION NO. 5:14-cv-73(DCB)(MTP)

PHILLIP PRINZO                                          DEFENDANT

<u>PRELIMINARY INJUNCTION</u>

This cause having come before the Court on the plaintiff Ronaldo Designer Jewelry, Inc. ("Ronaldo")'s Motion for Preliminary Injunction (docket entry 31), and the Court having granted the motion in an Order of even date herewith;

IT IS HEREBY ORDERED AND ADJUDGED that the defendant Phillip Prinzo ("Prinzo"), his agents, servants, employees, and all those in active concert and privity with him, shall immediately withdraw from all sales outlets, and are permanently enjoined from copying, manufacturing, reproducing, importing, publishing, displaying, distributing, transmitting, selling, or otherwise placing on the market the following jewelry, marketing, and advertising:

> (1) materials that infringe upon Plaintiff's copyrights, Trade Dress (as defined in the attached Appendix 1, which is incorporated herein by reference), and "THE POWER OF PRAYER" BRACELET trademark (collectively the "Infringing Works")(copies of which Infringing Works are incorporated herein by reference and are attached hereto as Appendix 2);

> (2) any other jewelry or product substantially or confusingly similar to Ronaldo's Works, including without limitation "The Power of Prayer Bracelet," "The Tranquility Bracelet," "Stackable Bracelet," "THE "LOVE KNOT," "The Angelina Bracelet," "The Spring Time Bracelet," "I Love You," "TRC-S297 Birthstone Bracelet,"

"Forever Fellowship Bracelet," and the "Pearl of My Heart" Works (copies of which are incorporated herein by reference and attached hereto as Appendix 3), the majority of which Works feature Ronaldo's distinctive "Kissing Roof" clasp design as product trade dress; or

(3) materials using, incorporating, or containing Plaintiff's "THE POWER OF PRAYER" BRACELET® trademark or any mark or term similar thereto, or substantially similar to Plaintiff's copyrighted catalogs or website, including without limitation "Gold Craft Associates Dealer Handbook," "Gold Craft Fashions," and "Gold Craft Associates Fall Catalog 2000" (copies of which are incorporated herein by reference and attached hereto as Appendix 4).

It is further ordered and adjudged that Prinzo is to identify each and every person or entity from whom he has acquired any and all Infringing Works and to whom Prinzo has licensed, assigned, or otherwise transferred the right to reproduce, manufacture, display, distribute, or sell the Infringing Works.

Bond is set in the amount of One Thousand Dollars ($1,000.00).

SO ORDERED, this the 19th day of September, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE