# Appendix 09

## GOLD CRAFT ASSOCIATES
*"FINE HANDCRAFTED JEWELRY"*

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name: Jewelren's Bench  Date: _____

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| | | Pend TM | | 65 90 |
| | | PB Sil w/9 | 7½ | 40 |
| | | Gold w/sil beads | 7½ | 80 |
| | | 5/4 STR Plain | | 48 |
| 52i | | 8 STR Sil w/g | | 90 |
| P19 | 2 | All Sil PB | 7½ | 70 |
| | 2 | All Sil PB | 5½ | 60 |
| | | AFR 3 STR All Sil | | 135 |
| 553 | | | | 115 |
| | | | | 603 00 |
| | | | | -30.15 |
| | | Paid BY Check 30.13  5¼ | | 572 85 |

Special Instructions:

Merchandise Total: 572 85
Tax:
S & H:
Total:

X_____

# GOLD CRAFT ASSOCIATES
### *"FINE HANDCRAFTED JEWELRY"*

Phillip Prinzo  
380 Okaloosa Road N.E.  
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143  
Home: 850-243-0519

Name *Jewelers Bench* Date *12/15/08*  
*184 Hwy 12 West*  
*Starkville, MS 39759*

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
| Prayer |  | All Gold | 7" | 40.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Special Instructions: *rec'd 12-17-08*

Merchandise Total 40.00  
Tax  
S & H 2.00  
Total 42.00

X_____  
Customer Signature

## GOLD CRAFT ASSOCIATES
*"FINE HANDCRAFTED JEWELRY"*

Phillip Pinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name: The Jewelers Bench   Date: 4/27/09
124 Hwy 12 West
Starkville, M.S. 39759

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| | | Prayer - All Gold | 6½ | 38.00 |
| | | | | |
| | | | | |
| | | | | |
| | | Rec'd 4-30-09 Jones | | |
| | | | | |

Special Instructions:

Merchandise Total: 38.00
Tax:
S & H: 2.00
Total: 40.00

X_____
Customer Signature

# GOLD CRAFT ASSOCIATES
"FINE HANDCRAFTED JEWELRY"

Phillip Prinzo  
380 Okaloosa Road N.E.  
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143  
Home: 850-243-0519

Name: Jewelers Bench  
24 Hwy 12 West  
Starkville, MS 39759  
Date: 9/5/11

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
|  | 2 | Prayer - gold / Sil Band |  | 90.00 |
|  | 2 | " - All Silver |  | 70.00 |
|  | 2 | Prayer - 5 st. All Sil |  | 110.00 |
|  | 2 | Prayer - All Sil | 5+4½ | 70.00 |
| 553 | 2 | All Silver | 7+7½ | 190.00 |

Special Instructions: Rec'd 9/13/11 Jones

Merchandise Total: 530.00  
Tax:  
S & H: 3.00  
Total: 533.00

X_____  
Customer Signature

# GOLD CRAFT ASSOCIATES
*"FINE HANDCRAFTED JEWELRY"*

Phillip Prinzo
360 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name: Jewelers Bench       Date: 12/31/12

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| S275 | | White MOP | .9 | 145.00 |
| PB | | Gold w/ 9 Beads | 9 | 60.00 |

Special Instructions:

Merchandise Total: 205.00
Tax:
S & H: 3.50
Total: 208.50

X_____
Customer Signature

## GOLD CRAFT ASSOCIATES
*"FINE HANDCRAFTED JEWELRY"*

Phillip Prinzo  
360 Okaloosa Road N.E.  
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143  
Home: 850-243-0519

Name: Jewelers Bench  
124 Hwy 12 West  
Starkville, MS 39759  
Date: 1/18/2013

(P)

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| 565 | 5 | 5 Str - 3 w/2 Wrapping (3) AG 7@ 7½ (2) Sil w/g | 7 + 7½ | 300.00 |
| 568 | 3 | 2 Str - 1 w/1 Wrapping (3) AG 2-7,1-7½ (2) Sil w/g | 7 + 7½ | 225.00 |
| 573 | 2 | 4 Str Braid Allgold | 7 + 7½ | 120.00 |
| 574 | 2 | 4 Str Straight AG 7 + AG/Sil 7 | | 90.00 |
| 587 | 3 | 4 Str Braid AG-7 ½Sil 7½ | | 180.00 |
| 553 | | Sil Bar - Gold Wire | 7 | 115.00 |
| 505 | | Sil Bar - Gold XXX | | 125.00 |
| | | Resize - PB 3 Str 7 Braid | | 10.00 |

Special Instructions:

Merchandise Total: 1165.00  
Tax:  
S & H: 3.50  
Total: 1168.50

X_____  
Customer Signature