# Appendix 10

308918

Gold Craft
Associates
731-664-8188
Grover King

# PURCHASE ORDER

**308918**

TO:

SHIP TO: Kings Jwls

ADDRESS: 76B Conrad Dr Jackson TN 38305

REQ. NO.    DATE: 7/27/14

FOR:    HOW SHIP:

DATE REQUIRED:    TERMS:

| QUANTITY | DESCRIPTION | UNIT PRICE |
|---|---|---|
| 2 | S63 yellow w- | 90 |
| 1 | SPB tt | 40 |
| 1 | SPB tt | 45 |
| 1 | S108 tt WHt Stone | 82 |
| 2 | S33 tt | 130 |
| 1 | 3 Str 7" w/ 7mm w/ pearl yel | 45 |
| 1 | 3 Str #7" w/ 7mm pearl yel | 45 |
| 1 | SWD tt | 125 |
| 1 | S108 gol Bk Stone | 85 |
| 1 | S158 Smooth tt | 115 |
| 1 | S204 3 rows tt | 120 |
| 1 | S79 | 60 |

**I M P O R T A N T**
OUR ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, ETC.
PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO SHIP COMPLETE ORDER BY DATE SPECIFIED.

PLEASE SEND COPIES OF YOUR INVOICE

PURCHASING AGENT   PO #FF8376

DUPLICATE

© RediForm 2006   1L140

---

# GOLD CRAFT ASSOCIATES

### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548
Cell Phone: 850-217-7143
Home: 850-243-0518

Name: Kings Jewelers   RAY DAYER   Date 8/1/14
Address: 168 Conrad Dr
Jackson, TN 38305
731-664-8188

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| S63 | 2 | Gold | 045 | 90.00 + |
| SPB | 1 | TT | | 40.00 + |
| SPB | 1 | Gold | | 45.00 + |
| S108 | 1 | TT - WHt Stone | | 80.00 + |
| S33 | 2 | TT @65 | | 130.00 + |
| | 1 | 3 Str - 7mm @65 Gold | 7 | 45.00 + |
| | 1 | 3 Str - 1 pearl Gold | 7 | 45.00 + |
| SWD | 1 | TT | | 125.00 + |
| S108 | 1 | Gold - Blk Onyx | | 85.00 + |
| S158 | 1 | TT Smooth Bar | | 115.00 + |
| S204 | 1 | 3 rows TT | | 120.00 + |
| S79 | 1 | TT | | 60.00 + |

Special Instructions:
Catalog
Free Shipping
1st Order

PAID
Ck #8376

Merchandise Total: 980.00
Tax
S&H
Total: 980.00

X _____
Customer Signature

GOLD CRAFT ASSOCIATES
"FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548
Cell Phone: 850-217-7143
Home: 850-243-0519

Name: King Jewelers  RAY  Dayton  Date 3/3/15
16-B Conrad Dr.
Jackson, TN 38305

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| 558 | | 3 Str | 6½ | 45.00 |
| 504 | | Sol Bar Gold Trim | | 120.00 |
| 543 | | Gold | 6½ | 45.00 |
| PB | | Gold | | 45.00 |
| PB | | YT | 6½ | 40.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:

| | |
|---|---|
| Merchandise Total | 295.00 |
| Tax | |
| S & H | 3.00 |
| Total | 298.00 |

---

GOLD CRAFT ASSOCIATES
"FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548
Cell Phone: 850-217-7143
Home: 850-243-0519

Name: King Jewelry  Date 10/22/14
16 B Conrad Drive
Jackson, TN 38305

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| 5112 | | Multi Clement | | 125.00 |
| | (2) | 4 Str All Flat - Gold | 347 | 130.00 |
| | (2) | 3 Str Single Pearl/Gold | | 90.00 |
| | | 3 Str 7Bead AG | | 45.00 |
| | | 3 Str 7Bead YT | | 40.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:

| | |
|---|---|
| Merchandise Total | 430.00 |
| Tax | |
| S & H | 3.00 |
| Total | 433.00 |

Customer Signature

# GOLD CRAFT ASSOCIATES
### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Date 12/22/15

Name King Jewelers
16-B Carrd Dr.
Jackson, TN 38305

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| 5122 | | All S.D | | 40.00 |
| 5122 | | TT | | 45.00 |
| Prooglat | | 3 Str A G J Beads | | -40.00 |
| 5152 | | B. MOP | S.B. | 85.00 |
| 568 | | TT | | 40.00 |
| 573 | | A.G | | 70.00 |
| 2 Str | | Pearl (2) Ea. 1 6.78 40 | 35 | 75.00 |
| 4 Str | | Plain AG | | 45.00 |
| 6 Str | | Pearl - AG | | 95.00 |
| | | | | |
| 5170 | | 3 over 5 | | 125.00 |
| | | | | |
| | | | | |

Special Instructions: Backorder
3 Bar Bracelets
might ship Wed

Merchandise Total 660.00
Tax
S & H 3.00
Total 663.00

X _____
Customer Signature

---

# GOLD CRAFT ASSOCIATES
### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Date 12/31/15

Name King Jewelers
16-B Central Drive
Jackson, TN 38305

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| | | | | |
| 558 | | All Gold | 7 | 45.00 |
| 5158 | | Smooth - TT | 7 | 125.00 |
| 553 | | All Gold | 7 | 135.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions: Brad Orolaro

Merchandise Total 305.00
Tax
S & H
Total 305.00

X _____
Customer Signature

## Receipt 1

**GOLD CRAFT ASSOCIATES**
*"FINE HANDCRAFTED JEWELRY"*

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL  32548

Cell Phone:  850-217-7143
Home:  850-243-0519

Name  CROSSGATE                     Date  12/7

12-7-11

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| S PLAYER | | Gold w/sil bead | | 45 00 X |
| F | " | " Gold w/ Pearl | | -45 00 X |
| S207 | | w/ Pearl/Garnet | | 155 00 X |
| S53 | 2 | Sil w/g | | 330 00 X |
| 4 STR | | S05 | | 55 |
| S158 | | NARROW | | 105 |
| | | | | 635 |
| | | Old INK | | 628 |
| | | | | 1263 00 |
| S53 | (3) | All sil | 75 00 7½ | 225 00 |
| | | GoLd PRAYER - Sil Bead | 7 7½ | 90 00 |
| PravL | PRAYER All S3 (2) 7 @ 7½ | | | 140 00 |
| | | | | 455 |

Special Instructions: [signature] # 5678

Merchandise Total
Tax
S & H
Total

X _____
Customer Signature

---

## Receipt 2

**GOLD CRAFT ASSOCIATES**
*"FINE HANDCRAFTED JEWELRY"*

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL  32548

Cell Phone:  850-217-7143
Home:  850-243-0519

Name  CROSSGATE Jewelers     Date _____

Pearl, Ms

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| S53 | | Sil w/g (Del) | 7½ | 85 |
| | | Paid Cash | | |
| S53 | | Sil w/g | 7¾ | 90 |
| | | S & customer Coin | | 55 |
| | | PLAIN TOP | | |
| | | Set customers 2 tone ¾ | | 115 |
| | | Set customers Stone  6 STR | | |
| | | TouRMaliN | | |

Special Instructions:

Merchandise Total  345 00
Tax
S & H
Total  325 00

X _____
Customer Signature

## Receipt 1 (left side)

# GOLD CRAFT ASSOCIATES
### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.  Cell Phone: 850-217-7143
Ft. Walton Beach, FL 32548  Home: 850-243-0519

Name _Crossgoth_  Date _10/7_

Mail Monday

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| | ③ | CROSS  St & Gold | | + 4 |
| | | 2 Tone  450 | ✓ | 135 |
| FRY | | Gold w/s | 7 1/4 ✓ | 50 00 |
| | | Gold w/ peace | 7 1/4 ✓ | 50 00 |
| 5 StR | | w/ Black Ring hart | ✓ | 120 00 |
| 6 StR | | Blue Topaz Thru D | ✓ | 135 00 |
| 6 StR | | 3 Stone / J45  Spinel D ✓ | | 165 00 |
| 6 StR | | 3 Stone  A.G  Yellow D ✓ | | 165 00 |
| 4 | | StR YG w/ Carnelia | ✓ | 115 00 |
| 4 StR | | YG  Amethyst Dwhurly ✓ | | 115 00 |
| 4 StR | | YG  Black onyx  10 | ✓ | 115 00 |
| 4 StR | | YG  Agar StC/c | ✓ | 115 00 |
| 4 StR | | OPAL Pendant & EARS | ✓ | 135 00 |
| 14 StR | | w/ Brown Tiger Eye Thru | | 165 |
| | | | Merchandise Total | 1580 00 |
| | | | Tax | |
| | | Bill 10/7 | S & H | 1580 00 |
| | | | Total | 500 00 |
| | | CK 6282  Rev 500.00 | | 1080.00 |
| | | | | 500.00 |

X_____
Customer Signature

## Receipt 2 (right side)

# GOLD CRAFT ASSOCIATES
### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.  Cell Phone: 850-217-7143
Ft. Walton Beach, FL 32548  Home: 850-243-0519

Name _Crossgoth_  Date _9/20_

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| PB | | Bid  w/ pearls | 7 1/4 | 40 |
| | | Gold  w/ pearls | | 55 |
| | | T/T  pearls | | 40 |
| | | | | 135 00 |
| | | OK U OK | | |
| | | | Merchandise Total | |
| | | | Tax | |
| | | | S & H | |
| | | Special Instructions: | Total | |

X_____
Customer Signature

# GOLD CRAFT ASSOCIATES
### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name Crossgate
401 Cross Park Ste A
Pearl Ms 39208
Date 12/4/11

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| S53 | 3 | All Silver 3895 | 7½ | 285.00 |
| P.B. | | Gold w/ sic Beads | 7 7½ | 90.00 |
| P.B | 4 | All Silver @7 & 7½ | | 140.00 |
| S.J | | Repair Black onyx | 6" | 25 |
| | | in Electroform stone | 7¾ | 120 |
| | | | | 640.00 |

Special Instructions:
Rest to Follow

Gold Refinement
$1000.00

| | Merchandise Total | 660.00 |
|---|---|---|
| | Tax | |
| | S & H | 3.00 |
| | Total | 663.00 |

Pay Phil   -30.00
633.00

Customer Signature

---

# GOLD CRAFT ASSOCIATES
### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name C Rossgate
Date 9/23

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| S53 | 4 | 74 & 7½ - (2) 7' (05)¾ | | 420 |
| | | Sil w/g | | |
| | | Studd Dia | | 125 |
| | | | | 545.00 |
| | 249.00 | | | |
| | 279.00 | | | |
| | | Part By Check | | |
| | | 4.00 | | |
| | | 360.00 | | |

Special Instructions:

| | Merchandise Total | |
|---|---|---|
| | Tax | |
| | S & H | |
| | Total | |

X
Customer Signature

**CROSSGATES JEWELERS, INC.**
401 CROSSPARK DRIVE   SUITE A
PEARL, MISSISSIPPI 39208
**(601) 939-9313**
No Refund • Exchanges Before 7 Days

| CUSTOMER'S ORDER NO. | PHONE | | DATE | | |
|---|---|---|---|---|---|
| NAME | | | | | |
| ADDRESS | | | | | |

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|
| | | | | | | |
| BK 592 | | | | | 60 00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | *Proper Brac* | | | | | |
| | | | | | | |
| | | | | TAX | 4 20 | |
| SOLD BY | RECEIVED BY | | | TOTAL | 64 20 | |

E PRODUCT 60ST   ●   All claims and returned goods MUST be accompanied by this bill.

**THANK YOU**

# GOLD CRAFT ASSOCIATES

### *"FINE HANDCRAFTED JEWELRY"*

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL  32548

Cell Phone: 850-217-7143
Home:    850-243-0519

Name **Jewelers Bench**
*1104 Hwy 12 West*
*Starkville, MS  39259*

Date **9/5/11**

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
| | ② | Prayer - gold / Sil Bead | | 90.00 |
| | ② | " - All Silver | | 70.00 |
| | ② | Prayer - 5 str All Sil | | 110.00 |
| | ② | Prayer - All Sil | 5+4½ | 70.00 |
| 553 | ② | All Silver | 7+7½ | 190.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:

| | |
|---|---|
| Merchandise Total | 530.00 |
| Tax | |
| S & H | 3.00 |
| Total | 533.00 |

X_____
Customer Signature

# GOLD CRAFT ASSOCIATES
## "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home:   850-243-0519

Name: Jewalrers Bench   Date: _____

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
| | | Pend SAT | | 65 DG |
| | | PB Sil w/a | | 40 |
| | | Gold w/ sil bent | | 80 |
| | | 54 STR Rain | | 48 |
| | | 8 STR Sil w/ g | | 90 |
| PIS | 2 | All Sil PB | 7½ | 70 |
| | 2 | All Sil PB | 5½ | 60 |
| | | AFR 3 STR All Sil | | 35 |
| 553 | | | | 115 |
| | | | | 603 00 |
| | | | | 30,15 |
| | | | | 572 85 |
| | | | | |

Special Instructions:

| | |
|---|---|
| Merchandise Total | 572 85 |
| Tax | |
| S & H | |
| Total | |

X_____
Customer Signature

# GOLD CRAFT ASSOCIATES

### *"FINE HANDCRAFTED JEWELRY"*

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home:   850-243-0519

Name _Jewelers Bench_     Date _12/31/12_

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
|  |  |  |  |  |
|  |  |  |  |  |
| S275 |  | White MOP | 9 | 145.00 |
| PB |  | Gold w/9 Beads | 9 | 60.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Special Instructions: | Merchandise Total | 205.00 |
|---|---|---|
|  | Tax |  |
|  | S & H | 3.50 |
|  | Total | 208.50 |

X_____
Customer Signature

JB0005

O11813

# GOLD CRAFT ASSOCIATES

### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name _Jewelers Bench_ Date 1/18/2013
124 Hwy 12 West
Starkville, MS 39759

Regan 1/23/13 (R)

| Stock # | Qty | Item Description | Size | Total |
|---|---|---|---|---|
| X 565 | 5 | 5 Str - 3 w/2 Wrapping | | |
| | | (2) AG 7 (1) 7½  (2) Sil w/g 7+7½ | 7½ | 300.00 |
| X 568 | 5 | 2 Str - 1 w/1 Wrapping | | |
| | | (3) AG 2-7,1-7½  (2) Sil 7+7 | 7½ | 225.00 |
| X 573 | 2 | 4 Str Braid Allgold 7+7½ | ½ | 120.00 |
| X 574 | 2 | 4 Str Straight AG 7 + AG+Sil 7 | | 90.00 |
| X 587 | 3 | 4 Str Braid AG-7 ½ Sil 7½ | | 180.00 |
| X 553 | | Sil Bar - Gold Wire | 7 | 115.00 |
| X 505 | | Sil Bar - Gold XXX | | 135.00 |
| | | | | |
| | | Resize - PB 3 Str 7 Bead | | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:

| | |
|---|---|
| Merchandise Total | 1165.00 |
| Tax | |
| S & H | 3.50 |
| Total | 1168.50 |

X_____
Customer Signature

JB0006

# GOLD CRAFT ASSOCIATES

*"FINE HANDCRAFTED JEWELRY"*

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

ORDERED 1/23/13

Name: _Jewelers Bench_  Date _2/11/13_
124 Hwy 12 West
Starkville, MS 39759

INVOICE
C2142013

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
|  | 2 | Baby ① 5il ① 6 #40 | 4½ | 80.00 |
| 568 | 6 | 2 Str w/Wrap 5il #25 |  | 150.00 |
| 568 | 6 | 2 Str w/Wrap Gold #30 |  | 180.00 |
| 5207 |  | Pearl |  | 125.00 |
| 5207 |  | Multi Tourmaline " |  | 130.00 |
| 5113 |  | Garnet (7 Sets) 225 9½ |  | 125.00 |
| 5112 |  | Multi Cloisonne |  | 125.00 |
| 5210 |  | add-n on 5il |  | 90.00 |
| 5114 | 2 | 1 Blk Pearl/1 White |  | 130.00 |
| PB |  | Twisted Pearl |  | 55.00 |
| 5204 |  | 3 over 5 27575 |  | 110.00 |
| 5152 |  | Blk Onyx |  | 85.00 |
| 5108 |  | Hematite |  | 75.00 |
| 571 |  | 4 5il Center 4 gold Twist |  | 110.00 |
|  |  |  |  |  |

Special Instructions:

| | |
|---|---|
| Merchandise Total | 1570.00 |
| Tax | |
| S & H | 3.50 |
| Total | 1573.50 |

X_____
Customer Signature

JB0009

# GOLD CRAFT ASSOCIATES

**"FINE HANDCRAFTED JEWELRY"**

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name: Jeweler's Bench      Date: 1/23

MAIL NEXT WK

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
|  | 2 | Baby DS'L T 6 35/45 | 4½ | 80 00 |
| S 68 | 6 | 2 str Wrap see w/s ④ @ 7½ | | 150 00 |
| S 68 | 6 | Sil w/g wrap | | 180 00 |
| S 207 |  | Pearl | | 125 00 |
| S 207 |  | Multi Tourmaline | | 130 00 |
| S113 |  | GARNET 7 Sets | | 125 00 |
| S112 |  | Multi Clois | | 125 00 |
| S 210 |  | Ol,O·O 1 AG 1 Sil wrap | | 90 |
| S114 | 2 | 1 Black Pearl / 1 white | | 130 00 |
| $ PB |  | Twisted Pearl | | 55 00 |
| $204 |  | 3 over 5 | | 110.00 |
| S 71 |  | 4 sil center & gold trim | | 110.00 |
| S152 |  | Black onyx | | 85 |
| S108 |  | Hematite | | 75 |

| Special Instructions: | | |
|---|---|---|
| | Merchandise Total | 1570 |
| | Tax | |
| | S & H | |
| | Total | |

x Melissa Mix
Customer Signature

JB0012



**LISA'S JEWELRY & GIFTS**
311 NORTH MAIN STREET
AMORY, MISSISSIPPI 38821
(662) 257-6072
NO REFUNDS - EXCHANGES ONLY

| ORDER NO. | PHONE NO. | | DATE 5/10/13 |
|---|---|---|---|
| NAME Wanda Paris) | | | |
| ADDRESS | | | |

| SOLD BY | CASH | CHARGE | LAY-AWAY | ON ACCT. | MDSE. RETD. |
|---|---|---|---|---|---|
| | | | | | |

| ARTICLE | STOCK NO. | AMOUNT |
|---|---|---|
| Black Bead Non 043211 | | 130 20 |
| Rawhide Broch | | |
| | | |
| | | |
| | | |
| | | |

| SPECIAL INSTRUCTIONS | | |
|---|---|---|
| Item Return | SUBTOTAL | |
| ? | TAX | 130 00 |
| | TOTAL | |
| | AMOUNT PAID | |
| | BALANCE | |

Rec'd by _____
ALL claims and returned goods MUST be accompanied by this bill.

GJ-241-2
Printed in U.S.A.

*Thank You* 

---



**LISA'S JEWELRY & GIFTS**
311 NORTH MAIN STREET
AMORY, MISSISSIPPI 38821
(662) 257-6072
NO REFUNDS - EXCHANGES ONLY

| ORDER NO. | PHONE NO. | | DATE 5/7/13 |
|---|---|---|---|
| NAME Peggy White | | | |
| ADDRESS | | | |

| SOLD BY | CASH | CHARGE | LAY-AWAY | ON ACCT. | MDSE. RETD. |
|---|---|---|---|---|---|
| lp | | | | | |

| ARTICLE | STOCK NO. | AMOUNT |
|---|---|---|
| Prayer Bracelet | 043611 | 119 00 |
| | | |
| | | |
| | | |
| | | |
| | | |

| SPECIAL INSTRUCTIONS | | |
|---|---|---|
| | SUBTOTAL | 1 19 00 |
| | TAX | 8 33 |
| | TOTAL | 127 33 |
| | AMOUNT PAID | |
| | BALANCE | |

Rec'd by _____
ALL claims and returned goods MUST be accompanied by this bill.

GJ-241-2
Printed in U.S.A.

*Thank You* 

# GOLD CRAFT ASSOCIATES
### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name: _Selman's Jewelry_     Date: _12/23/13_
_1311 Delaware Ave_
_McComb, MS 39648_

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
| | | 10 Stone Blank - gold | 7 | 90.00 |
| 563 | | Gold | | 40.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:
B/O
PB 3 Pearls

| | |
|---|---|
| Merchandise Total | 295.00 |
| Tax | |
| S&H | 32.00 |
| Total | 327.00 |

X _____
Customer Signature

# GOLD CRAFT ASSOCIATES

### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home:     850-243-0519

Name _Hometown_          Date 1/16

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
| | | PRAYER — 2 All Sil | | 70 |
| | | 1 All Gold | | 45 |
| $1. | | 3 Pearl 5 bead | | 45 |
| $53 | | Sil w/q | | 15 |
| | | | | |
| | | | #235 | |
| | | PCK# | | |
| | | Earrings | | |

Special Instructions:

Send catalog

| | Merchandise Total | |
|---|---|---|
| | Tax | |
| | S & H | |
| | Total | |

X _____
Customer Signature

4 INVOICE
2017 CK

# GOLD CRAFT ASSOCIATES
### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

CK#
5846

Cell Phone: 850-217-7143
Home: 850-243-0519

Name _Hometown Jewelry_ Date _7/31/12_
_108 N. Sharpe Ave_
_Cleveland, MS 38732_

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
| 5158 | | Sil w/gold | 6 3/4 | 115.00 |
| 5158 | | Sil w/gold | 7 | 115.00 |
| 7 Str | | 3 Stone | | |
| | | Aug - (Apr) - Bl Topaz | | 160.00 |
| 3 Str | | Dark Blue Stone | | |
| | | 3 Pearl | | 45.00 |
| 3 Str | | Amos - Sil Beads | | 45.00 |
| | | Single Pearl | | 45.00 |
| 3 Str | | Plain Sil w/gold | | 45.00 |
| | | | | 40.00 |

Special Instructions:

2222 5572 - 4

Hometown 6 & J

overnight

| | |
|---|---|
| Merchandise Total | 610.00 |
| Tax | |
| S & H | Prepaid |
| Total | 610.00 |

X _____
Customer Signature

# GOLD CRAFT ASSOCIATES

### "FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name _Hometown_      Date _____

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
| 567 | | Co STR A.G. | 7 | 70 00 |
| PB | | Pearl | | .45 |
| | | 3 Pearl | | .45 |
| S112 | | Faceted M.O.P | | 120 |
| | | | | 280 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:

| | |
|---|---|
| Merchandise Total | |
| Tax | |
| S & H | |
| Total | 280 00 |

X_____
Customer Signature

THE JEWELER'S BENCH

GOLD CRAFT ASSOCIATES

| Date | Type | Reference | | Original Amt. | 5/10/2009 Balance Due | Discount | 19337 Payment |
|------|------|-----------|--|---------------|------------------------|----------|---------------|
| 4/27/2009 | Bill | | | 40.00 | 40.00 | | 40.00 |
| | | | | | | Check Amount | 40.00 |

CHECKING/M & F                                                          40.00

FOLD AT [•] TO FIT COMPANION #379 DU-O-VUE ENVELOPE.     PRINTED IN U.S.A.          D      ●

GOLD CRAFT ASSOCIATES

"FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name _The Jewelers Bench_     Date _4/27/09_

_134 Hwy 12 West_
_Starksville, MS 39759_

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
| | Bangle – | All Gold | 6 1/2 | 38.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Special Instructions:

_Need_
_ASAP_
_James_

| | Merchandise Total | 38.00 |
|--|-------------------|-------|
| | Tax | |
| | S & H | 2.00 |
| | Total | 40.00 |

X _____
Customer Signature

Mixon 00351

THE JEWELER'S BENCH

GOLD CRAFT ASSOCIATES

| Date | Type | Reference |
|------|------|-----------|
| 12/15/2008 | Bill | |

12/28/2008

19113

| Original Amt. | Balance Due | Discount | Payment |
|---------------|-------------|----------|---------|
| 42.00 | 42.00 | | 42.00 |
| | | Check Amount | 42.00 |

CHECKING/M & F

42.00

FOLD AT (x) TO FIT COMPANION 9378 DU-O-VUE ENVELOPE     PRINTED IN U.S.A.     D

---

GOLD CRAFT ASSOCIATES

"FINE HANDCRAFTED JEWELRY"

Phillip Prinzo
380 Okaloosa Road N.E.
Ft. Walton Beach, FL 32548

Cell Phone: 850-217-7143
Home: 850-243-0519

Name _Darlene Buesh_      Date _12/15/08_
484 Hwy 12 West
Starkville, MS 39759

| Stock # | Qty | Item Description | Size | Total |
|---------|-----|------------------|------|-------|
| | Bangle | 14K Gold | 7" | 40.00 |

Special Instructions:
rec'd 12/10/08

| | |
|---|---|
| Merchandise Total | 40.00 |
| Tax | |
| S & H | 2.00 |
| Total | 42.00 |

X _____
Customer Signature

Mixon 00358