```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

RONALDO DESIGNER JEWELRY, INC.                              PLAINTIFF

VS.                         CIVIL ACTION NO. 5:14-cv-73(DCB)(MTP)

PHILLIP PRINZO                                              DEFENDANT

<u>ORDER</u>

This cause is before the Court on the plaintiff's Motion for Summary Judgment, filed November 30, 2016 (docket entry 91). The defendant has failed to respond to the motion within 14 days as required by Rule 7(b)(4) of the Local Uniform Civil Rules of this Court.  Therefore,

IT IS HEREBY ORDERED that the defendant, Phillip Prinzo, shall file his response to the plaintiff's Motion for Summary Judgment within ten (10) days from the date of entry of this ORDER.  Failure to file a timely response could result in sanctions against the defendant, which could include entry of default against the defendant, and ultimately entry of a default judgment.  <u>See</u> Federal Rules of Civil Procedure 55 and 56; <u>Cash Flow Resources, LLC v. Hard Rock Specialized, LLC</u>, 2013 WL 12122000 (S.D. Miss. Dec. 12, 2013).

SO ORDERED, this the 20th day of December, 2016.

<u>/s/ David Bramlette</u><br>
UNITED STATES DISTRICT JUDGE