```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

RONALDO DESIGNER JEWELRY, INC.                          PLAINTIFF

VS.                         CIVIL ACTION NO. 5:14-cv-73(DCB)(MTP)

PHILLIP PRINZO                                          DEFENDANT

<u>ORDER</u>

This cause is before the Court on the plaintiff's Motion for Default Judgment **(docket entry 95)**. The defendant has failed to respond to the motion within 14 days as required by Rule 7(b)(4) of the Local Uniform Civil Rules of this Court. However, before moving for default judgment, the plaintiff must first obtain an entry of default from the Clerk of Court. Although an entry of default was entered by the Clerk on September 3, 2015, the entry was vacated by the Court on February 5, 2016. Therefore, the plaintiff's present motion shall be denied without prejudice so that the plaintiff may first obtain an entry of default.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff's Motion for Default Judgment **(docket entry 95)** is DENIED WITHOUT PREJUDICE.

SO ORDERED, this the 31st day of January, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE