IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RONALDO DESIGNER JEWELRY, INC.                          PLAINTIFF

VS.                              CIVIL ACTION NO. 5:14-cv-73(DCB)(MTP)

PHILLIP PRINZO                                           DEFENDANT

ORDER

This cause is before the Court on the plaintiff Ronaldo Designer Jewelry, Inc. ("Ronaldo")'s Motion for Summary Judgment **(docket entry 91)** and Motion for Default Judgment **(docket entry 99)**. The defendant Phillip Prinzo ("Prinzo") has failed to respond to the motions within 14 days as required by Rule 7(b)(4) of the Local Uniform Civil Rules of this Court. Prinzo has also failed to respond to this Court's Order of December 20, 2016 (docket entry 93) requiring him to fully comply with a previous Order of July 26, 2016 (docket entry 71)(this includes producing his pre-discovery disclosures and responding to Ronaldo's first set of interrogatories and requests for production); requiring him to comply with the a previous Order of August 26, 2016 (docket entry 74)(this includes paying to Ronaldo, through counsel, the sum of $1,447.31 in sanctions, and producing the records identified in Exhibit A to the Amended Notice to Take Deposition (docket entry 46-1)); and requiring him to appear at a continuation of his deposition. Prinzo has failed to comply with any of the Court's Orders, despite being warned that failure to fully and timely

comply with the Court's Orders would result in a default judgment and a hearing to determine damages.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff Ronaldo's Motion for Summary Judgment **(docket entry 91)** and Motion for Default Judgment **(docket entry 99)** are GRANTED;

FURTHER ORDERED that Prinzo shall appear at a damages hearing and produce the records identified in Exhibit A to the Amended Notice to Take Deposition (docket entry 46-1). If Prinzo fails to appear at the damages hearing or fails to produce the records identified in said Exhibit A, he shall be held in contempt of court until such time as he purges himself of contempt, and may be required to pay fines and/or sanctions.

FURTHER ORDERED that upon receipt of this Order, the parties are to contact the Court to schedule a hearing date.

SO ORDERED, this the 10th day of May, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE