IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


RONALDO DESIGNER JEWELRY, INC.                          PLAINTIFF

v.                          CIVIL ACTION NO. 5:14-cv-73-DCB-MTP

PHILLIP PRINZO                                          DEFENDANT


ORDER

This cause is before the Court to address the Medical Reports filed as a Restricted Document (docket entry 116) on behalf of the defendant on June 15, 2018. The Court orders the plaintiff to file a response to the Medical Reports, also as a Restricted Document, so that the Court can decide how to proceed. The response shall be filed within twenty (20) days from the date of entry of this Order.

SO ORDERED, this the 22nd day of June, 2018.


/s/ David Bramlette
UNITED STATES DISTRICT JUDGE